# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**NACOLA JAMES**                                                                                   **PLAINTIFF**

**V.**                                                    **CASE NO. 3:24-cv-26-HTW-LGI**

**HINDS COUNTY, HINDS COUNTY**
**BOARD OF SUPERVISORS, and JOHN DOES 1-5**            **DEFENDANTS**

## AGREED ORDER DISMISSING HINDS COUNTY BOARD OF SUPERVISORS

THIS DAY this cause came on to be considered on Hinds County Board of Supervisors' Motion for Judgment on the Pleadings, and the Court, having considered said motion, and recognizing Plaintiff has confessed the dismissal of the Board of Supervisors, finds that said Motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims against Hinds County Board of Supervisors are hereby dismissed. Hinds County Board of Supervisors is hereby dismissed from this action with prejudice.

SO ORDERED, this the 27th day of November, 2024.

                                                  /s/HENRY T. WINGATE
                                                  **DISTRICT JUDGE**

*Agreed to:*

*/s/ Darrian A. Denman*
Darrian A. Denman (MSB #105159)
THE DENMAN LAW FIRM, PLLC
4780 I-55 North, Suite 100
Jackson, Mississippi 39211
Telephone: (601) 899-0141
Fax: (601) 709-4611
dadenman@denman-law.com
      *Attorney for Plaintiff*

*Prepared by:*

*/s/ Keving J. White*
Kevin J. White (MSB #: 101619)
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Tel. 601-985-4235
Fax 601-985-5100
kevin.j.white@butlersnow.com
     *Attorney for Defendants*

90878155.v1