## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**NACOLA JAMES**                                                                                     **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO.: 3:24-CV-26-HTW-LGI**

**HINDS COUNTY AND JOHN DOES 1-5**                                              **DEFENDANTS**

### ORDER OF DISMISSAL

On March 19, 2025, counsel for Hinds County advised the United States Magistrate Judge, LaKeysha Greer Isaac, that the parties have reached an agreement to resolve and settle this matter. This Court being desirous that this matter be finally closed on its active docket, hereby:

**ORDERS** that this case is hereby dismissed without prejudice. The parties shall submit a Final Agreed Judgment within forty-five (45) days of this Order.

If any party fails to consummate this settlement within forty-five (45) days of this Order, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this Order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

The parties may request additional time to finalize the settlement agreement if they are unable to do so within the allotted forty-five (45) days. The parties are required to bear their own costs and fees. The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED AND ADJUDGED this the 19th day of March 2025.**

                                   /s/HENRY T. WINGATE
                                   **UNITED STATES DISTRICT COURT JUDGE**