## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**NACOLA JAMES**                                                              **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO.: 3:24-cv-26-HTW-LGI**

**HINDS COUNTY**                                                          **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

By agreement of the parties, who have reached a compromise of settlement applicable to all claims asserted by Plaintiff, NaCola James, against Defendant Hinds County, and upon good cause having been shown, the Court is of the opinion that there is good cause for entry of the foregoing Agreed Final Judgment of Dismissal With Prejudice, and that there is no just reason for delaying entry of the Judgment.

IT IS THEREFORE ORDERED that any and all claims asserted by Plaintiff NaCola James against Defendant Hinds County are DISMISSED WITH PREJUDICE, with each listed party paying its own costs and expenses of the litigation, including attorneys' fees.

SO ORDERED, this the 31st day of March, 2025.

/s/HENRY T. WINGATE
DISTRICT COURT JUDGE

**AGREED TO:**

Darrian A. Denman (MSB #105159)
The Denman Law Firm
*Attorney for Plaintiff*

Kevin J. White (MSB #101619)
Butler Snow LLP
*Attorney for Defendant*